APPOLONIA WARTH, Appellant, v. MOORE BLIND STITCHER AND OVERSEAMER COMPANY et al., Respondents.

Reported below, 146 App. Div. 28.
(Submitted January 22, 1912; decided January 30, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 31, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by a judgment creditor of a corporation to compel stockholders to pay for stock subscribed for.

The motion was made upon the ground the appellant had failed to give a proper undertaking to perfect such appeal.

*Charles L. Hoffman* for motion.

*J. Brewster Roe* opposed.

Motion denied, with ten dollars costs.